

~~COURTESY COPY~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN FINN,

        Plaintiff,

v.

SMITH BARNEY, CITIGROUP GLOBAL
MARKETS INC., CITIGROUP INC., BRIAN
WILLIAMS, and DOES 1 THROUGH 20, inclusive,

        Defendants.

Case No. 08-CV-2975 (LTS) (KNF)

[PROPOSED] ORDER

LAURA T. SWAIN, District Judge:

    The time within which defendants Smith Barney, Citigroup Global Markets Inc., Citigroup Inc., and Brian Williams may answer, move, or otherwise reply to the complaint in the above-captioned action is extended to May 9, 2008.

Dated: New York, New York
       April 10, 2008

SO ORDERED:

_____
LAURA T. SWAIN
U.S.D.J.