UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN FINN,<br><br>                      Plaintiff,<br><br>              v.<br><br>SMITH BARNEY, CITIGROUP GLOBAL MARKETS INC., CITIGROUP INC., BRIAN WILLIAMS, and DOES 1 THROUGH 20, inclusive,<br><br>                      Defendants. | Case No. 08-cv-2975 (LTS) (KNF)<br><br>JUDGE LAURA T. SWAIN<br><br>**NOTICE OF APPEARANCE** |

        Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Smith Barney, Citigroup Global Markets Inc., Citigroup Inc., and Brian Williams.

Dated: May 6, 2008
New York, New York

                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                              By:  /s/ Brad S. Karp

                              Brad S. Karp
                              1285 Avenue of the Americas
                              New York, New York  10019-6064
                              Tel.   (212) 373-3000
                              Fax   (212) 757-3980
                              bkarp@paulweiss.com

                              *Attorneys for Defendants Smith Barney, Citigroup Global Markets Inc., Citigroup Inc., and Brian Williams*