UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN FINN,<br><br>                Plaintiff,<br><br>    v.<br><br>SMITH BARNEY, CITIGROUP GLOBAL MARKETS INC., CITIGROUP INC., BRIAN WILLIAMS, and DOES 1 THROUGH 20, inclusive,<br><br>                Defendants. | Case No. 08-cv-2975 (LTS) (KNF)<br><br>JUDGE LAURA T. SWAIN<br><br>**NOTICE OF APPEARANCE** |

       Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Smith Barney, Citigroup Global Markets Inc., Citigroup Inc., and Brian Williams.

Dated: May 6, 2008
Washington, D.C.

                                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                   By:   /s/ Charles E. Davidow

                                   Charles E. Davidow
                                   1615 L Street, N.W.
                                   Washington, D.C. 20036-5694
                                   Tel.   (202) 223-7300
                                   Fax   (202) 223-7420
                                   cdavidow@paulweiss.com

                                   *Attorneys for Defendants Smith Barney, Citigroup Global Markets Inc., Citigroup Inc., and Brian Williams*