UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN FINN,

               Plaintiff,

     v.

SMITH BARNEY, CITIGROUP GLOBAL
MARKETS INC., CITIGROUP INC., BRIAN
WILLIAMS, and DOES 1 THROUGH 20, inclusive,

           Defendants.

Case No. 08-cv-2975 (LTS) (KNF)

JUDGE LAURA T. SWAIN

**<u>NOTICE OF APPEARANCE</u>**

---

      Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind,

Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants

Smith Barney, Citigroup Global Markets Inc., Citigroup Inc., and Brian Williams.

Dated: May 6, 2008
New York, New York

               PAUL, WEISS, RIFKIND, WHARTON &
               GARRISON LLP

               By:   /s/ Susanna M. Buergel

               Susanna M. Buergel
               1285 Avenue of the Americas
               New York, New York  10019-6064
               Tel.   (212) 373-3000
               Fax   (212) 757-3980
               sbuergel@paulweiss.com

               *Attorneys for Defendants Smith Barney, Citigroup*
               *Global Markets Inc., Citigroup Inc., and Brian*
               *Williams*