UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN FINN,<br><br>                    Plaintiff,<br><br>              v.<br><br>SMITH BARNEY, CITIGROUP GLOBAL MARKETS INC., CITIGROUP INC., BRIAN WILLIAMS, and DOES 1 THROUGH 20, inclusive,<br><br>                    Defendants. | Case No. 08-cv-2975 (LTS) (KNF)<br><br>JUDGE LAURA T. SWAIN<br><br>**CORPORATE DISCLOSURE STATEMENT** |

       Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendants Smith Barney, Citigroup Global Markets Inc. ("CGMI"), and Citigroup Inc. states that no parent corporation or publicly held corporation owns 10% or more of any of these defendants' stock.

       Smith Barney is a division of CGMI. Smith Barney has no separate corporate existence, and therefore is not a corporate party to this action within the meaning of Rule 7.1. This statement should not be construed so as to concede that Smith Barney is a judicially recognizable entity.

       CGMI is an indirect, wholly-owned subsidiary of Citigroup Global Markets Holdings Inc., which is a wholly-owned subsidiary of Citigroup Inc.

Citigroup Inc. is a publicly-traded corporation that has no parent corporation.

Dated: May 6, 2008
New York, New York

          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP


          By:      /s/ Brad S. Karp

          Brad S. Karp
          Susanna M. Buergel
          1285 Avenue of the Americas
          New York, New York 10019-6064
          Tel.  (212) 373-3000
          Fax  (212) 757-3980
          bkarp@paulweiss.com
          sbuergel@paulweiss.com

          Charles E. Davidow
          1615 L Street, N.W.
          Washington, D.C. 20036-5694
          Tel.  (202) 223-7300
          Fax  (202) 223-7420
          cdavidow@paulweiss.com

*Attorneys for Defendants Smith Barney, Citigroup Global Markets Inc., Citigroup Inc., and Brian Williams*