## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

MATTHEW W. ABBOTT
MARK H. ALCOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
RICHARD S. BORISOFF
HENK BRANDS
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JEANETTE K. CHAN
YVONNE Y. F. CHAN
DOUGLAS A. CIFU
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
JAMES M. DUBIN
LESLIE GORDON FAGEN
MARC FALCONE
PETER L. FELCHER
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
KENNETH A. GALLO
MICHAEL E. GERTZMAN
PAUL D GINSBERG
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRUCE A. GUTTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
JOYCE S. HUANG
JEH CHARLES JOHNSON
MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W. KORNBERG
*NOT ADMITTED TO THE NEW YORK BAR

DANIEL J. KRAMER
DAVID K. LAKHDHIR
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
JULIA TARVER MASON
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
TOBY S. MYERSON
JOHN E. NATHAN
CATHERINE NYARADY
ALEX YOUNG K. OH
JOHN J. O'NEIL
KELLEY D. PARKER
ROBERT P. PARKER*
MARC E. PERLMUTTER
MARK F. POMERANTZ
VALERIE E. RADWANER
CAREY R. RAMOS
CARL L. REISNER
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
STEVEN B. ROSENFELD
PETER J. ROTHENBERG
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
JUDITH R. THOYER
DANIEL J. TOAL
MARK A. UNDERBERG
LIZA M. VELAZQUEZ
MARIA T. VULLO
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
JORDAN E. YARETT
KAYE N. YOSHINO
ALFRED D. YOUNGWOOD
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

WRITER'S DIRECT DIAL NUMBER

212 373-3316

WRITER'S DIRECT FACSIMILE

212 492-0316

WRITER'S DIRECT E-MAIL ADDRESS

bkarp@paulweiss.com



May 6, 2008

**By Hand Delivery**

Hon. Laura T. Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

        *Finn* v. *Smith Barney, et al.*, 08 Civ. 2975 (LTS)(KNF) ("*Finn*")

Dear Judge Swain:

        This firm represents Smith Barney, Citigroup Global Markets Inc., Citigroup Inc., and Brian Williams (collectively, "Citigroup Defendants") in the above-captioned action.

        Enclosed for your consideration is a courtesy copy of the Citigroup Defendants' Motion to Stay the Proceedings in this action. In addition, the Citigroup Defendants respectfully seek a further adjournment of their obligation to answer, move or otherwise respond to the Complaint.

        Pursuant to Your Honor's individual practices, on April 29, 2008, through counsel, the Citigroup Defendants conferred with Plaintiff by telephone regarding this

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Laura T. Swain                      2

application.[1] During that conference, Plaintiff's counsel indicated that he would need time to consider the Citigroup Defendants' request that he agree to a stay of this matter pending further proceedings in the class actions and, at a minimum, agree to an adjournment of the Citigroup Defendants' time to respond to the Complaint, pending the resolution of this motion. Having heard no response from Plaintiff, the Citigroup Defendants again attempted to confer with Plaintiff on May 5, 2008. Plaintiff responded today, May 6, 2008, and indicated that he would not agree to a stay of the proceedings.

        The Citigroup Defendants' time to answer, move or otherwise respond to the complaint is believed to have originally been April 10, 2008. Pursuant to the Court's April 10, 2008 Order, which granted the Citigroup Defendants' first request for an extension of time, the Citigroup Defendants now are required to respond to the Complaint by this Friday, May 9, 2008. Therefore, the Citigroup Defendants respectfully request that their time to answer, move or otherwise respond to the Complaint be adjourned to a date no less than ten business days after the Court's decision on the Citigroup Defendants' Motion to Stay the Proceedings is entered on the docket.

        We appreciate the Court's consideration of this application and the enclosed motion.

Respectfully submitted,

Brad S. Karp

*Handwritten order:* The requested stay of the Citigroup Defendants' obligation to respond to the Complaint is granted. Unless the Motion to Stay the Proceedings is granted, the Citigroup Defendants shall file and serve their response to the Complaint within 10 days after the Court's decision on the Motion to Stay is entered on the docket.

SO ORDERED.

*/s/ Laura Taylor Swain* 5/8/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Enclosures

cc:   Ravi Ivan Sharma, Esq. (by fax, without enclosures)

---

[1] By letter dated April 14, 2008, the Citigroup Defendants previously notified this Court and Plaintiff that they intended to file this Motion. Plaintiff responded in a letter dated April 16, 2008.