# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

John Finn,

                Plaintiff,

vs.

Smith Barney, Citigroup Global Markets Inc.,
Citigroup, Inc., Brian Williams, and Does 1
through 20, inclusive.

                Defendants.

---------------------------------------------------------

Civil Action Number: 08 Civ. 2975 (LTS)

PROOF OF SERVICE

     I am an attorney licensed to practice in the State of New York and I state the following under penalties of perjury:

     On **May 14, 2008** I served the foregoing documents described herein as **Initial Conference Order** by placing the true copy(s) thereof enclosed in sealed envelopes addressed as follows:

Brad S. Karp, Esq. and Susanna M. Buergel, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Fax (212) 757-3980
bkarp@paulweiss.com sbuergel@paulweiss.com

Charles E. Davidow
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1615 L Street, N.W.
Washington, D.C. 20036-5694
Fax (202) 223-7420
cdavidow@paulweiss.com

[ ] **BY HAND DELIVERY**
[ ] **BY FACSMILE**
[ X ] **BY EMAIL**
[ ] **BY U.S. MAIL** By depositing with the U.S. Mail service the above described properly addressed envelopes with the correct postage affixed.

     Executed on **May 14, 2008**, at **New York, NY**

Ravi Ivan Sharma (RS2064)
Attorney for plaintiff
404 Park Avenue South, 14th Floor
New York, NY 10016
(212) 686-3434 x212