UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JOHN FINN,

        Plaintiff,

-v-                                    No. 08 Civ. 2975 (LTS)(KNF)

SMITH BARNEY, et al.,

        Defendants.

-------------------------------------------------------x



## ORDER

In light of the currently pending motions to consolidate the putative class actions that are related to the above-captioned case and the suspension of the pre-trial conference schedule in those related actions, the Court adjourns the initial pre-trial conference in the above-captioned action currently scheduled for June 20, 2008, at 3:00 p.m. to June 24, 2008, at 12:45 p.m.

Dated: New York, New York
       June 11, 2008

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge