

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN FINN,

                  Plaintiff,

      v.

SMITH BARNEY, CITIGROUP GLOBAL
MARKETS INC., CITIGROUP INC., BRIAN
WILLIAMS, and DOES 1 THROUGH 20, inclusive,

                  Defendants.

Case No. 08-cv-2975 (LTS) (KNF)

JUDGE LAURA T. SWAIN

**STIPULATION AND
[PROPOSED] ORDER**

        WHEREAS, the Court issued an Order, dated June 11, 2008, pursuant to which an initial pre-trial conference is to be held in the above-captioned action on June 24, 2008, at 12:45 p.m. in Courtroom No. 17C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007;

        WHEREAS, Defendants' motion to stay the proceedings in the above-captioned action is pending before this Court;

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the initial pre-trial conference to be held on June 24, 2008, should be adjourned until after the Court renders a decision on Defendants' motion to stay these proceedings.

Dated: June 12, 2008
       New York, New York

                                  PAUL, WEISS, RIFKIND, WHARTON &
                                  GARRISON LLP

By: _____
       Brad S. Karp
       Susanna M. Buergel
       1285 Avenue of the Americas
       New York, New York 10019-6064
       Tel.  (212) 373-3000
       Fax  (212) 757-3980
       bkarp@paulweiss.com
       sbuergel@paulweiss.com

       Charles E. Davidow
       1615 L Street, N.W.
       Washington, D.C. 20036-5694
       Tel.  (202) 223-7300
       Fax  (202) 223-7420
       cdavidow@paulweiss.com

*Attorneys for Defendants*

LAW OFFICES OF RAVI IVAN SHARMA

By: _____
       Ravi Ivan Sharma
       404 Park Avenue South, 14th Floor
       New York, NY 10016
       Tel. (212) 686-3434 ext. 212
       Fax (212) 202-4598
       ravi@sharmalaw.com

*Attorney for Plaintiff*

SO ORDERED: _____ 6/13/08
                U.S.D.J.