UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JOHN FINN,

              Plaintiff,

v.

SMITH BARNEY, CITIGROUP GLOBAL
MARKETS INC., CITIGROUP INC., BRIAN
WILLIAMS, and DOES 1 THROUGH 20, inclusive,

              Defendants.

Case No. 08-cv-2975 (LTS) (KNF)

JUDGE LAURA T. SWAIN

STIPULATION AND
[PROPOSED] ORDER

      WHEREAS, the Court issued an Initial Conference Order, dated March 31, 2008, pursuant to which a pre-trial conference is to be held in the above-captioned action on June 20, 2008, at 3:00 p.m. in Courtroom No. 17C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007;

      WHEREAS, Defendants' motion to stay the proceedings in the above-captioned action is pending before this Court;

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the pre-trial conference to be held on June 20, 2008, should be adjourned until after the Court renders a decision on Defendants' motion to stay these proceedings.

Dated: June 11, 2008
      New York, New York

           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Brad S. Karp
Susanna M. Buergel
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.  (212) 373-3000
Fax  (212) 757-3980
bkarp@paulweiss.com
sbuergel@paulweiss.com

Charles E. Davidow
1615 L Street, N.W.
Washington, D.C. 20036-5694
Tel.  (202) 223-7300
Fax  (202) 223-7420
cdavidow@paulweiss.com

*Attorneys for Defendants*

LAW OFFICES OF RAVI IVAN SHARMA

By: _____
Ravi Ivan Sharma
404 Park Avenue South, 14th Floor
New York, NY 10016
Tel.  (212) 686-3434 ext. 212
Fax  (212) 202-4598
ravi@sharmalaw.com

*Attorney for Plaintiff*

SO ORDERED: _____ 6/16/2008
              U.S.D.J.

2