JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 1 2008

FILED
CLERK'S OFFICE

*FILED*
*JUN 13 2008*
*S.D. OF N.Y.*

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CITIGROUP, INC., AUCTION RATE
SECURITIES (ARS) MARKETING LITIGATION

MDL No. 1975

(SEE ATTACHED SCHEDULE A)

**ORDER DEEMING MOTION WITHDRAWN**

Before the Panel is a motion by defendants Citigroup, Inc.; Citigroup Global Markets Inc.; Brian Williams and Michelle Coradetti, filed pursuant to 28 U.S.C. § 1407. In their motion, defendants seeks centralization of the actions listed on the attached Schedule A in the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings. Movants now seek to withdraw their Section 1407 motion.

IT IS THEREFORE ORDERED that defendants' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUN 1 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: CITIGROUP, INC., AUCTION RATE
SECURITIES (ARS) MARKETING LITIGATION                                MDL No. 1975

## SCHEDULE A

### District of Nevada

Dallas Penrod, et al. v. Citi Smith Barney, et al., C.A. No. 3:08-298

### Southern District of New York

John Finn v. Citi Smith Barney, et al., C.A. No. 1:08-2975
LHB Insurance Brokerage, Inc. v. Citigroup, Inc., et al., C.A. No. 1:08-3095
Lisa Swanson v. Citigroup, Inc., et al., C.A. No. 1:08-3139
Samuel A. Stockhamer, et al. v. Citigroup, Inc., C.A. No. 1:08-3904
Wedgewood Tacoma LLC v. Citigroup, Inc., et al., C.A. No. 1:08-4360
Saed Ghalayini v. Citigroup, Inc., et al., C.A. No. 1:08-5016